UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LAURA GAYE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08-CV-3105 |
| | ) | |
| ROBERT HALL, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

On October 4, 2011, Plaintiff was directed to show good cause why this case should not be dismissed, with prejudice, for failing to keep the Court informed of her current phone number and for failing to appear at the status hearing on October 3, 2011. Plaintiff has not responded to that order, nor did she appear at the status hearing held on October 14, 2011.[1]

---

[1] Defendant Hall was found not guilty in the criminal proceedings against him. Those criminal proceedings do not dispose of this civil case for money damages, even though both cases were based on the same alleged misconduct. Plaintiff may still pursue her civil case despite the outcome of the criminal trial. Her burden of proof in this civil case is the "preponderance of evidence" standard, a lesser burden than the

Accordingly, this case will be dismissed, but, upon reflection, that dismissal will be without prejudice and subject to a timely motion to reconsider within 28 days after the entry of this order.  *See* Fed. R. Civ. P. 59(e).

IT IS THEREFORE ORDERED that this case is dismissed without prejudice, with the parties to bear their own costs.  This case is closed.

ENTERED:

FOR THE COURT:

<u>     s/Sue E. Myerscough     </u>
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE

---

"beyond reasonable doubt" standard in a criminal trial.